# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELICA GUIA, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | No. 18-4294 |
| v. | : | |
| | : | |
| WORLD CDJR LLC d/b/a WORLD | : | |
| JEEP CHRYSLER DODGE RAM, et | : | |
| al., | : | |
|     Defendants. | : | |

## **ORDER**

**AND NOW**, this 17th day of April, 2019, it is **ORDERED** that Defendants' Motions to Dismiss and Refer to Arbitration (ECF No. 3, ECF No. 9) are **DENIED**. An order scheduling a conference on further procedures will follow.

                                                              s/ Anita B. Brody
                                                              ANITA B. BRODY, J.

Copies **VIA ECF  4/17/2019**